## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF:                                                       16-MC-00004-38
AUTHORIZATION FOR DISCLOSURE
OF PROBATION RECORDS

## ADMINISTRATIVE ORDER

Records and reports, including presentence reports and supervised release violation reports, maintained by the United States Probation Office, are confidential and not available for public inspection or disclosure.

The Chief United States Probation Officer may authorize inspection, disclosure, and production of records and reports to defense counsel, counsel for the government, other federal courts, federal correctional or law enforcement agencies, treatment providers or state authorities, who have a legal, investigative, custodial, or treatment interest.

Any other person or entity who seeks access to confidential records or reports maintained by the United States Probation Office, must submit a written request to the Chief United States Probation Officer.  After consulting with the assigned judicial officer, the Chief United States Probation Officer may grant the request in whole or in part.

**DONE** this 10th day of August, 2016.

FOR THE COURT:

_____
M. CHRISTINA ARMIJO
CHIEF UNITED STATES DISTRICT JUDGE