## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT
## WITHIN THE TENTH CIRCUIT

    Pursuant to the provisions of Title 28, United States Code § 292(b), I designate and assign United States District Judge Robert E. Blackburn of the District of Colorado to sit in the United States District Court for the District of New Mexico on case number 16-cv-761, *Chavez v. Baeza, et al.* effective today.

    Copies of this designation shall be furnished to the designee Judge and Chief Judges and Clerks of the respective Districts.

___8/15/2016___
Date

___Timothy M. Tymkovich___
Timothy M. Tymkovich, Chief Judge
United States Court of Appeals for
the Tenth Circuit